IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES *ex rel.* TAYLOR, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil No. 3:19-CV-2486-N |
| | § | |
| HEALTHCARE ASSOCS. OF TEXAS, | § | |
| *et al.*, | § | |
| | § | |
| Defendants. | § | |

## VERDICT OF THE JURY

We, the jury, have answered the above questions as indicated, and now return

those questions and answers to the Court as our verdict.

SIGNED this __18th__ day of November, 2024.

_____
PRESIDING JUROR

COURT'S CHARGE – PAGE 27