Question:

Are the 7 categories on pg 11 defined by law as a false claim, or is it the relator allegation of a false claim?

Those seven categories are a summary of Relator's allegations that Relator provided earlier in the litigation.

*David C. Godby*

Question:                                             (i.e 1-7)

Question number 2: is it asking
how many types of false claims, or
the quantity of ~~fast~~ false claims?
  (i.e 15,000)

Quantity.

*[signature]*

Juror #1

Question:

What happens ~~When~~ if the jury is unable to come under a unanimous agreement?

Juror #1 [initials]

It is way to soon to think about that. You have only been deliberating about 5½ hours after a two-week trial. Please return to your deliberations.

David C. Godbey



If the jury decides to recess for the day, you are all required to return when deliberations resume.

*David C Godbey*

Question:

What to do if there is prejudice in the jury?

*[initials]*

Please explain your question. What kind of prejudice do you mean?

*D H Godbey*

Trying to reduce claim count **not** by what has been defined by law, but whether or not "punishment" is deserved

You should be governed by the facts as you find them from the evidence at trial and the law in the Court's Charge. Punishment is not an issue in this case.  *D Godbey*

Juror # 1 [signature]

[signature]



CHAMBERS OF DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE
1100 COMMERCE STREET, ROOM 1358
DALLAS, TEXAS 75242

3:19cv2486-N
USA, Taylor v.
Nea Hkrean Assoc.
Jury Notes