# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* CHERYL TAYLOR, | § § § § |
| Plaintiffs, | § § |
| v. | §   CASE NO. 3:19-CV-02486-N |
| HEALTHCARE ASSOCIATES OF TEXAS, LLC, et al., | § § § § |
| Defendants. | § § § |

## FINAL JUDGMENT

The above-styled and numbered cause of action is before the Court for entry of final judgment. This case was tried to a jury commencing on November 4, 2024, and the jury returned its verdict on November 18, 2024. Based on the pleading on file with the Court and the arguments of the parties,

**IT IS HEREBY ORDERED THAT:**

1. The United States shall be awarded **$8,260,925.58** in trebled damages jointly and severally against Healthcare Associates of Texas, LLC ("HCAT") and each of its co-conspirators Healthcare Associates of Irving, LLP ("HCAI"), David Harbour, Kristian Daniels, Charles Powell, M.D., Walter Gaman, M.D., and Terrence Feehery, D.O.;

2. The United States shall be awarded **$449,653,800.00** in statutory penalties for the claims the jury found to be false, jointly and severally against each of HCAT, HCAI, David Harbour, Kristian Daniels, Charles Powell, M.D., Walter Gaman, M.D., and Terrence Feehery, D.O.;

3. The United States shall be awarded post-judgment interest against all Defendants on all of the the foregoing amounts from today's prevailing statutory rate, calculated as the weekly average 1-year constant maturity (nominal) Treasury yield, as published by

      the Federal Reserve System each Monday for the preceding week pursuant to 28 U.S.C. § 1961; and

4. This is a final judgment disposing of all claims and all parties. Any relief not expressly granted herein is denied.

IT IS SO ORDERED.

Signed _____

 

**DAVID C. GODBEY**
Chief United States District Judge